AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

_____***_____ District of _____NEVADA_____

FILED ENTERED
RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 2 3 2011
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  3:11-mj-0074-RAM |
| ) | |
| BOBBY JOE KIRBY ) | Charging District:   Eastern District of CA |
| _____ ) | Charging District's Case No.  2:11-171-KJN |
| *Defendant* ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States Courthouse<br>501 I Street<br>Sacramento, CA 95814-7300 | Courtroom No.: | To Be Determined |
|---|---|---|---|
| | | Date and Time: | To Be Determined |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   June 23, 2011            _____
                                            *Judge's signature*

                                    Robert A. McQuaid, Jr., U.S. Magistrate Judge
                                            *Printed name and title*